# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| KENDALL PARKER, ET AL. § | |
| § | Civil Action No. 4:17-CV-307 |
| v. § | (Judge Mazzant/Judge Nowak) |
| § | |
| BUCKLEY MADOLE, P.C., ET AL. § | |

### MEMORANDUM ADOPTING REPORTS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the reports of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On January 5, 2018, the report of the Magistrate Judge (Dkt. #66) was entered containing proposed findings of fact and recommendations that Defendant Buckley Madole, P.C.'s Motion to Dismiss (Dkt. #56) be granted. On January 8, 2018, the report of the Magistrate Judge (Dkt. #67) was entered containing proposed findings of fact and recommendations that Defendant Locke Lord, L.L.P.'s Motion to Dismiss (Dkt. #53) be granted. On January 11, 2018, the report of the Magistrate Judge (Dkt. #68) was entered containing proposed findings of fact and recommendations that Defendant Wells Fargo Bank, N.A.'s Motion to Dismiss (Dkt. #55) be granted.

Having received the reports of the United States Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's reports as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Defendant Buckley Madole, P.C.'s Motion to Dismiss (Dkt. #56), Defendant Locke Lord, L.L.P.'s Motion to Dismiss (Dkt. #53), and Defendant Wells Fargo Bank, N.A.'s Motion to Dismiss (Dkt. #55) are **GRANTED**, and Plaintiffs' claims against

Defendants Buckley Madole, P.C., Locke Lord, L.L.P., and Wells Fargo Bank, N.A. are **DISMISSED**.

All relief not previously granted is **DENIED**.

The Clerk is directed to **CLOSE** this civil action.

**IT IS SO ORDERED**.

SIGNED this 4th day of April, 2018.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE